608

448 A.2d 1182

Commonwealth v. Alice Boggs, Appellant.

Commonwealth v. Lewis Boggs, Appellant.

Commonwealth v. Nathan Boggs, Appellant.

Argued June 14, 1979. Arnold J. Wolf, for appellants; John Salvucci, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is affirmed.